United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Deborah Renee Brown  
    Debtor

Case No. 15-14440-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JeanetteG     Page 1 of 1     Date Rcvd: Jan 17, 2017  
Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2017.  
13640096    +Federal National Mortgage Association (Fannie Mae),   Seterus Inc,   14523 SW Miliken Way,    Suite 200,    Beaverton, OR 97005-2352

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2017                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2017 at the address(es) listed below:  
      ANDREW F GORNALL    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)     agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
      E. NEGO PILE    on behalf of Debtor Deborah Renee Brown nego@pilelaw.com  
      JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc     Jeniece@MVRLAW.COM, bonnie@mvrlaw.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                       TOTAL: 5

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-14440-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Deborah Renee Brown
3101 West Hayes Road
Norristown PA 19403

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/16/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 6: Federal National Mortgage Association (Fannie Mae), Seterus Inc, 14523 SW Miliken Way, Suite 200, Beaveron, OR 97005-2348 | LSF9 Master Participation Trust c/o Caliber Home Loans, Inc. 13801 Wireless Way Oklahoma City, OK 73134 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  01/19/17

Tim McGrath
**CLERK OF THE COURT**