# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-14440-AMC

DEBORAH RENEE BROWN

3101 WEST HAYES ROAD

NORRISTOWN, PA 19403-

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DEBORAH RENEE BROWN

    3101 WEST HAYES ROAD

    NORRISTOWN, PA 19403-

Counsel for debtor(s), by electronic notice only.

    E NEGO PILE
    600 WEST GERMANTOWN PIKE
    SUITE 400
    PLYMOUTH MEETING, PA 19462-

Date: 10/27/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee