UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DEBORAH RENEE BROWN                                      Chapter 13

                    Debtor                    Bankruptcy No. 15-14440-AMC

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this __5th__ day of __December__, 201_7_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
E NEGO PILE
600 WEST GERMANTOWN PIKE
SUITE 400
PLYMOUTH MEETING, PA 19462-

Debtor:
DEBORAH RENEE BROWN

3101 WEST HAYES ROAD

NORRISTOWN, PA 19403-