United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-14440-amc
Deborah Renee Brown                                                   Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2          Date Rcvd: Dec 05, 2017
                              Form ID: pdf900          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2017.
```
db             +Deborah Renee Brown,    3101 West Hayes Road,    Norristown, PA 19403-4017
cr              LSF9 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, OK  73134-2500
13551095       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     P.O. Box 982235,   El Paso, TX  79998-2235)
13568617        Berkheimer Assoc., Agent for E. Norriton Twsp.,     c/o David R. Gordon, Esq.,   1883 Jory Road,
                 Pen Argyl, PA 18072
13551096        Berkheimer Montgomery County Tax,    PO Box 25153,    Lehigh Valley, PA 18002-5153
13551098     ++++COMCAST,   1000 SANDY ST STE 3,    NORRISTOWN PA 19401-4162
               (address filed with court: Comcast,     1000 Sandy Hill Rd,   Norristown, PA 19401)
13551099       +Capital One Bank USA NA,    PO BOX 30281,    Salt Lake City, UT 84130-0281
13551100       +DSNB/Bloomingdales,    PO BOX 8218,    Mason, OH 45040-8218
13551101       +East Norriton Sewer,    2501 Stanbridge St,    East Norrison, PA 19401-1616
13640096       +Federal National Mortgage Association (Fannie Mae),     Seterus Inc,   14523 SW Miliken Way,
                 Suite 200,    Beaverton, OR 97005-2352
13551102       +HSBC Bank,   PO BOX 9,    Buffalo, NY 14240-0009
13551104        JP Morgan Bank,    PO Box 10054,    Florence, SC  29502-0564
13551105       +KLM Law Firm,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
13551106       +LCA Collections,    Quest Labs,    1250 Chapel Hill Rd,    Burlington, NC 27215-7141
13551107        Macys,   DSB,   PO Box 11759,    Clearwater, FL  33762
13551110        Pennsylvania American Water,    PO Box 371412,    Pittsburgh, PA  15250-7412
13551111        Republic Services,    372 S Henderson Blvd,    King Of Prussia, PA  19406-2408
13551114       +Township Of East Norriton And,    Montgomery County,    2501 Stanbridge St,
                 East Norriton, PA 19401-1617
13551115        Verizon Wireless,    PO Box 920041,    Dallas, TX  75392-0041
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Dec 06 2017 01:53:43      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 06 2017 01:53:18
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 06 2017 01:53:33      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13551097       +E-mail/Text: bankruptcy@cavps.com Dec 06 2017 01:53:32      Calvary Portfolio,
                 500 Summit Lake Dr Ste 4A,    Valhalla, NY 10595-2323
13598124       +E-mail/Text: bankruptcy@cavps.com Dec 06 2017 01:53:31      Cavalry SPV II, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13551103        E-mail/Text: cio.bncmail@irs.gov Dec 06 2017 01:53:06      IRS,   PO Box 7346,
                 Philadelphia, PA  19101-7346
13851034       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Dec 06 2017 01:53:53
                 LSF9 Master Participation Trust,    c/o Caliber Home Loans, Inc.,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
13569667        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 06 2017 01:55:48
                 LVNV Funding, LLC its successors and assigns as,    assignee of CVF Consumer Acquisition,
                 Company,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13551108       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 06 2017 01:53:22      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13551109        E-mail/Text: bnc@nordstrom.com Dec 06 2017 01:53:04      Nordstrom FSB,   PO Box 13589,
                 Scottsdale, AZ  85267-3589
13551113        E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2017 01:55:43      SYNCB/Wal-Mart,   PO BOX 965024,
                 Orlando, FL 32896-5024
                                                                                              TOTAL: 11
```

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13604020        Federal National Mortgage Association,    c/o Andrew F. Gornall, Esquire,
                 Joshua I. Goldman, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000 Philadelph
13551112       ##Seterus Inc,   PO Box 2008,    Grand Rapids, MI  49501-2008
                                                                                 TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2           User: JEGilmore              Page 2 of 2                   Date Rcvd: Dec 05, 2017
                               Form ID: pdf900              Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2017 at the address(es) listed below:
              ANDREW F GORNALL     on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              E. NEGO PILE    on behalf of Debtor Deborah Renee Brown nego@pilelaw.com
              HEATHER STACEY RILOFF    on behalf of Creditor    LSF9 Master Participation Trust
               heather@mvrlaw.com, Michelle@mvrlaw.com
              JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
               Jeniece@MVRLAW.COM, bonnie@mvrlaw.com
              JEREMY JOHN KOBESKI    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    LSF9 Master Participation Trust
               pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DEBORAH RENEE BROWN                                    Chapter 13

           Debtor                    Bankruptcy No. 15-14440-AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this  5th  day of December, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
E NEGO PILE
600 WEST GERMANTOWN PIKE
SUITE 400
PLYMOUTH MEETING, PA 19462-

Debtor:
DEBORAH RENEE BROWN

3101 WEST HAYES ROAD

NORRISTOWN, PA 19403-